No. 53. READING COMPANY *v.* THORNE NEALE & Co.; and

No. 54. SAME *v.* BOUCHARD TRANSPORTATION Co. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Paul Speer* and *Horace L. Cheyney* for petitioner.

*Mr. Earl Appleman* for respondent in No. 53. *Mr. Frank C. Mason* for respondent in No. 54. Reported below: 87 F. (2d) 694.